DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Tel: 866-790-2242
Fax: 888-802-2440
daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **VALHALLA PROPERTY HOLDING LLC, ALL US TACOS INC.**, as an entity and doing business as "Del Taco", and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **Case No.:  1:16-cv-1798-AWI-SAB** <br><br> **REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND ORDER GRANTING THEREOF** |

On March 21st, 2017, this Court, by the Order of the Honorable Stanley A. Boone, scheduled the Rule 26 Status Conference for May 23rd, 2017, at 3:30 p.m., in Courtroom 9, on the 6th Floor of the Robert E. Coyle United States Courthouse,

located at 2500 Tulare Street, in Fresno, California. Daniel Malakauskas, attorney for Plaintiff, Cynthia Hopson, now makes a request that this Court continue the Rule 26 Conference for sixty (60) days.

**Declaration of Daniel Malakauskas In Support of Request**

I, Daniel Malakauskas, declare that if called as a witness and duly sworn, I would and could competently testify the following based on my own personal knowledge.

1. I filed the complaint for this on November 28th, 2016.

2. After, I filed the complaint, I hired the process server company, FireFly Legal, Inc. to serve the defendants.

2. Firefly Legal, Inc., process server company was unable to serve defendant, Valhalla Property Holding, LLC.

3. Firefly Legal, Inc., process server company personally served Abbas Safedz, as owner of the "Del Taco", located at 2400 Mitchell Road in Ceres, California, on December 5th, 2017.

4. Sometime after being served, it was brought to my attention, that Abbas Safedz did not actually own the "Del Taco" located at 2400 Mitchell Road in Ceres, California. Rather, ALL US TACOS, INC., owned the "Del Taco" located at 2400 Mitchell Road, in Ceres, California.

5. Therefore, I filed an Amended Complaint on February 7th, 2017 and included ALL US TACOS, INC., as a defendant.

6. After, I filed the Amended Complaint, I never received a new summons for ALL US TACOS, INC. Therefore, on, or around, February 23rd, 2017, I contacted the ECM help desk for the Court and requested that a new summons be issued. The ECM help desk issued a new summons.

7. After receiving the new summons, I contacted FireFly Legal, Inc., to serve ALL US TACOS, INC. Firefly Legal, Inc., was unable to serve the agent for ALL US TACOS, INC in a manner that would have satisfied the service of process laws.

8. Subsequently, I was contacted by GUATTA DUTTA, as ALL US TACOS, INC., is aware of the lawsuit. GUATTA DUTTA, who is attorney for Defendant, ALL US TACOS, INC., agreed to waive service of process on behalf of his clients but desired for sixty (60) days to file a response. Given the lack of complexity of this particular case, during our conversation, both Guatta Dutta and myself both agreed that we will probably be able to settle the case within sixty (60) days. Finally, Mr. Guatta Dutta is in trial and will be unavailable next week. Therefore, I request that the Rule 26 Conference be continued for sixty (60) days.

Date: May 16th, 2017.

|  | /s/ Daniel Malakauskas |
|---|---|
|  | By: DANIEL MALAKAUSKAS |
|  | Attorney for PLAINTIFF |
|  | CYNTHIA HOPSON |

# ORDER

**IT IS HEREBY ORDERED**, that the status conference is continued from May 23rd, 2017, at 3:30 p.m. until July 25, 2017 at 2:30 p.m. The parties shall file a Joint Scheduling Conference Report one week before the new conference date.

IT IS SO ORDERED.

Dated: **May 17, 2017**

_____
UNITED STATES MAGISTRATE JUDGE