# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | Case No.  1:16-cv-01798-AWI-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | SEVENTY-FIVE DAY DEADLINE |
| VALHALLA PROPERTY HOLDING LLC, et al., | (ECF No. 11) |
| Defendants. | |

On July 17, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     Plaintiff shall file dispositional documents within seventy-five (75) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 18, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1