# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VALHALLA PROPERTY HOLDING LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-01798-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>FIVE DAY DEADLINE |

Plaintiff filed this action on November 28, 2016. (ECF No. 1). On July 17, 2017, Plaintiff filed a notice of settlement requesting seventy five days to file dispositive documents. (ECF No. 11.) On July 18, 2017, an order was filed requiring Plaintiff to file dispositive documents within seventy five days. The time for dispositive documents to be filed has passed and Plaintiff has not filed dispositive documents or otherwise responded to the July 18, 2017 order. The Court also notes that in two recent cases, Plaintiff's counsel was advised that the failure to comply with this Court's orders would result in the issuance of monetary sanctions. See Hopson v. American Tire Depot, Inc., No. 1:17-cv-00880-LJO-SAB (E.D. Cal. Sept. 21, 2017); Hopson v. Ron Simi, Inc., No. 1:17-cv-00879-DAD-SAB (E.D. Cal. Sept. 21, 2017).

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **five (5) days** of the date of entry of this order why monetary sanctions should not issue and this action be dismissed for the failure to comply with the July 18, 2017 order requiring Plaintiff to file dispositive documents. **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated: **October 4, 2017**

_____
UNITED STATES MAGISTRATE JUDGE